UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YOUKHANA,<br><br>　　Petitioner,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES; JULIE MYERS, ASSISTANT SECRETARY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHARLES DEMORE, SPECIAL AGENT-IN-CHARGE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; NANCY ALCANTAR, FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; LIEUTENANT BARNES, WARDEN, LERDO PRE-TRIAL DETENTION FACILITY,<br><br>　　Respondents. | No. C 06 7191 WHA<br><br>ORDER GRANTING APPLICATION FOR AWARD OF WRIT OF HABEAS CORPUS OR ISSUANCE OF ORDER TO SHOW CAUSE AGAINST RESPONDENTS |

Based upon the Application for Award of Writ of Habeas Corpus or Issuance of Order to Show Cause Against Respondents, IT IS HEREBY ORDERED that:

　　/_/　The Petition for Writ of Habeas Corpus is granted.

　　/x/　The Respondents show cause within the next three days as to why Petitioner's Writ should not be granted.

　　/_/　The Petition for Writ of Habeas Corpus is denied.


　　Dated this __28th__ day of __November__, 20__06__.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　United States District Judge

_IT IS SO ORDERED_
_Judge William Alsup_

PETITIONER'S APPLICATION FOR AWARD OF WRIT
OF HABEAS CORPUS OR ISSUANCE AGAINST
RESPONDENTS AND [PROPOSED] ORDER