KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD YOUKHANA, ) <br> Petitioner, ) <br> v. ) <br> MICHAEL CHERTOFF, Secretary for the ) <br> Department of Homeland Security; *et al*. ) <br> Respondents. ) | No. C 06-7191 WHA <br><br> **STIPULATION TO EXTEND DATE FOR RESPONDENTS' RESPONSE TO COURT'S NOVEMBER 28, 2006 ORDER TO SHOW CAUSE** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby agree to stipulate as follows:

1. Petitioner Edward Youkhana, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 on November 20, 2006, challenging his continued detention by the United States Immigration and Customs Enforcement ("ICE") in the Lerdo Detention Facility in Bakersfield, California.

2. Petitioner, a native and citizen of Iraq, has been ordered removed to Iraq by an Immigration Judge based on a 1999 controlled substance conviction.

3. On November 28, 2006, this Court ordered Respondents to show cause within three days, or until December 1, 2006, as to why the habeas petition should not be granted.

Stipulation to Extend Dates for Response To Court's November 28, 2006 Order to Show Cause
C 06-7191 WHA

4. Respondents have been unsuccessful in obtaining travel documents for Petitioner's removal to Iraq and intend to release Petitioner from detention with conditions.

5. On November 30, 2006, Petitioner was served with Respondents' Release Notification, a copy of which is attached as Exhibit A.

6. In short, the parties are considering a possible resolution of the case, and in the interest of conserving judicial resources and promoting an efficient determination of the action, the parties respectfully request that the Court extend the date that Respondents must respond to the Court's Order to Show Cause to December 8, 2006.

Date: December 1, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: December 1, 2006

/s/
ROBERT JOBE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 4, 2006

WILLIAM H. ALSUP
United States District Judge

Stipulation to Extend Dates for Response To Court's November 28, 2006 Order to Show Cause
C 06-7191 WHA