1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  EDWARD YOUKHANA,                )
                                    )  No. C 06-7191 WHA
13              Petitioner,         )
                                    )  STIPULATION OF DISMISSAL; and
14       v.                         )  [PROPOSED] ORDER
                                    )
15  MICHAEL CHERTOFF, Secretary for the )
    Department of Homeland Security; *et al.*, )
16                                  )
                Respondents.        )
17  _____ )

18      Petitioner, by and through his attorney of record, and Respondents, by and through their

19  attorneys of record, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-

20  entitled proceeding because on December 4, 2006, the United States Immigration and Customs

21  Enforcement ("ICE") released the Petitioner, rendering the petition moot.

22      Accordingly, the parties respectfully request that the Court dismiss the petition. The parties

23  will bear their own costs.

24  Dated: December 7, 2006              Respectfully submitted,

25                                       KEVIN V. RYAN
                                         United States Attorney
26

27                                       _____/s/_____
                                         ILA C. DEISS
28                                       Assistant United States Attorney
                                         Attorneys for Respondents

Stip. to Dismiss
C06-7191 WHA

Dated: December 7, 2006 

/s/
ROBERT B. JOBE
Attorney for Petitioner

## **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT this case is dismissed. Each party shall bear its own costs.

Dated: December 8, 2006

WILLIAM ALSUP
United States District Judge

Stip. to Dismiss
C06-7191 WHA